UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACEY DARHOWER,

    Plaintiff,

v.                              Case No.: 3:21-cv-00910

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT

Plaintiff, STACEY DARHOWER ("Ms. Darhower"), through undersigned counsel, files her complaint against Defendant, UNITED STATES OF AMERICA ("Defendant"), and alleges as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction under the Federal Tort Claims Act pursuant to 28 U.S.C. § 1346(b) and 28 U.S.C. §§ 2671-2680.

2. On or about November 30, 2018, Plaintiff presented her claim to the appropriate federal agency for administrative settlement under the Federal Tort Claims Act. By email dated March 11, 2021, Plaintiff's claim was denied in writing by T. Francesca Craft, Medical Law Attorney, AF/JAC Medical Law Branch (Air Force Claim Number: 19-3594). This lawsuit was then timely filed.

3. This action is timely pursuant to 28 U.S.C. § 2401(b) in that it was presented to the appropriate federal agency within two years of accrual and this action was filed within six months of receipt of the email sent by the federal agency denying the claim.

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as the events or omissions giving rise to the claims occurred in this judicial district.

5. Plaintiff has complied with all conditions precedent to bringing this action, or they have otherwise been waived by Defendant.

## Parties

6. Plaintiff, Ms. Darhower, is a resident of Niceville, Okaloosa County Florida.

7. At all times material, Neal Powell, M.D. ("Dr. Powell"), was the employee the Defendant and was acting in the course and scope of his office and employment.

8. At all times material, Dr. Powell, was the actual or apparent agent of the Defendant acting within the course and scope of said agency.

9. At all times material, the Defendant was responsible for the negligence of Dr. Powell.

## Negligence- Medical Malpractice

10. In June of 2015, at Eglin Air Force Base, Dr. Powell performed discectomies with instrumentation and fusion on Stacey Darhower's lumbar spine at L4-5 and L5-S1.

11. Dr. Powell owed a duty of care to Ms. Darhower.

12. Prior to performing the above-mentioned back surgery, Dr. Powell was negligent and breached the duty of care owed to Ms. Darhower by informing Ms. Darhower she needed said surgery, although it was not medically indicated or necessary.

13. In performing Ms. Darhower's June 2015 back surgery, Dr. Powell was negligent and breached the duty of care owed to Ms. Darhower when he misplaced and/or misdirected L5 pedicle screws so far lateral that they were not completely in bone.

14. Following Ms. Darhower's June 2015 back surgery, Dr. Powell was negligent and breached the duty of care owed to Ms. Darhower by failing to promptly realize and identify that the pedicle screws were badly misplaced and required a revision surgery.

15. As a direct and proximate cause of the Dr. Powell's negligence, Ms. Darhower suffered permanent and continuing injuries which include, but are not limited to, pain and suffering, physical impairment, disability, mental anguish, inconvenience, loss of capacity for the enjoyment of life, medical expenses in the

past, medical expenses to be incurred in the future, lost wages and/or sick time and a loss of the capacity to earn money in the future.

WHEREFORE, Plaintiff, Stacey Darhower, demands judgment against the Defendant, United States of America, for all monetary damages allowed by law, taxable costs, post-judgment interest and any other relief the Court deems just and proper.

/s/ *David R. Swanick, III*
**DAVID R. SWANICK, III**
Florida Bar No. 0069728
**POWELL & SWANICK**
Post Office Box 400
Niceville, FL 32588
Phone: (850) 678-2118
Fax: (850) 678-8336
P/E: daveswanick@aol.com
S/E: ady@powellandswanick.com
S/E: pleadings@powellandswanick.com

AND

/s/ *Jason W. Peterson*
**JASON W. PETERSON**
Florida Bar No. 174701
**CAMERON T. GORE**
Florida Bar No. 118460
**CLARK PARTINGTON**
125 East Intendencia Street
Pensacola, FL 32502
Phone: (850) 434-9200
Fax: (850) 432-7340
P/E: jpeterson@clarkpartington.com
P/E: cgore@clarkpartington.com
S/E: sgaherty@clarkpartington.com
S/E: bwilkerson@clarkpartington.com

*Attorneys for Plaintiff*